**KAYE, ROSE & PARTNERS, LLP**
Frank C. Brucculeri (SBN 137199)
Daniel F. Berberich (SBN 215946)
1801 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 551-6555
Facsimile: (310) 277-1220
E-mail:fbrucculeri@kayerose.com
Attorneys for Plaintiffs
**C & C BOATS, INC. and NATIONAL CASUALTY COMPANY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DISTRICT

| | |
|---|---|
| C & C BOATS, INC., and NATIONAL CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>VENOCO, INC., a corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | **Case No.: CV 10-03080-GAF (MANx)**<br><u>IN ADMIRALTY</u><br><br>**CONSENT JUDGMENT** |

Plaintiffs C & C BOATS, Inc. and NATIONAL CASUALTY COMPANY (hereinafter "Plaintiffs" or "C & C Boats"), and Defendant VENOCO, INC. (hereinafter "Venoco"), having entered into a Stipulation for Entry of Consent Judgment and the Court having entered an Order thereon,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Judgment shall be entered against Venoco on Plaintiffs' Complaint for Express Contractual Indemnity in the amount of Five Hundred Sixty-Five Thousand Eight Hundred Eighty-One Dollars and Fifty-Two Cents

($565,881.52).

2. The foregoing judgment shall be inclusive of Plaintiffs' attorney's fees and costs.

3. Venoco irrevocably and fully waives any and all rights to appeal the Consent Judgment, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack it in any way, directly or collaterally, its validity or enforceability.

4. Venoco hereby consents to the issuance of an order or judgment by any other court in any other country, territory, state, province or jurisdiction, recognizing and enforcing the Consent Judgment issued by this Court in the same manner as a judgment or order of any other court with competent jurisdiction to enforce the Consent Judgment.

5. The Court finds there is no just reason for delay in entering this Consent Judgment and, pursuant to Federal Rule of Civil Procedure 54(a), the Court directs immediate entry of this Consent Judgment against Venoco.

6. The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Judgment.

Dated: July 20, 2011  _____
UNITED STATES DISTRICT JUDGE